**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**            //    **CRIMINAL ACTION NO. 1:14CR39-2**
                                   **(Judge Keeley)**

**ANGELA DAVIS,**

      **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DKT. NO. 105) AND DENYING AS MOOT MOTIONS TO SUPPRESS (DKT. NOS. 45 AND 46)

On July 2, 2014, defendant Angela Davis ("Davis") filed a motion to suppress pharmacy records (dkt. no. 45) and a motion to suppress a FedEx package (dkt. no. 46). On September 23, 2014, Davis pleaded guilty to Count One of the Indictment (dkt. no. 84), and the Court adopted Magistrate Judge John Kaull's order and opinion regarding Davis' plea of guilty on October 8, 2014 (dkt. no. 106).

On October 7, 2014, Magistrate Judge Kaull entered a report and recommendation recommending that the Court deny as moot Davis' pretrial motions (dkt. nos. 45 and 46) given her plea of guilty (dkt. no. 105). Davis did not file any objection to Magistrate Judge Kaull's report and recommendation. The Court agrees that Davis' plea of guilty, which was not entered conditionally, renders

**USA V. ANGELA DAVIS** 1:14CR39-2

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DKT. NO. 105) AND DENYING AS MOOT MOTIONS TO SUPPRESS (DKT. NOS. 45 AND 46)**

her pretrial motions moot. Therefore, the Court **ADOPTS** the report and recommendation (dkt. no. 105) and **DENIES AS MOOT** Davis' pretrial motions to suppress (dkt. nos. 45 and 46).

The Court **DIRECTS** the Clerk to transmit copies of this order to counsel of record.

DATED: October 23, 2014

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE